**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 02-7685**

───────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

ANDREA JOY JAMES, a/k/a Dee,

                              Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief District Judge.  (CR-98-128-5-BO, CA-02-236-5-BO)

───────────────

Submitted:  March 6, 2003          Decided:  March 13, 2003

───────────────

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Andrea Joy James, Appellant Pro Se.  Rudolf A. Renfer, Jr., Assistant United States Attorney, John Samuel Bowler, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Andrea Joy James seeks to appeal the district court's order denying relief on her motion filed under 28 U.S.C. § 2255 (2000). We have independently reviewed the record and conclude that James has not made a substantial showing of the denial of a constitutional right. See Miller-El v. Cockrell, ___ U.S. ___, 2003 WL 431659, at *10 (U.S. Feb. 25, 2003) (No. 01-7662). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED